## UNION SQUARE BANK OF CITY OF NEW YORK v. REICHMANN.

(Supreme Court, General Term, First Department.  May 12, 1893.)

Appeal from special term, New York county.
Action by the Union Square Bank of the City of New York against Theodor Reichmann, J. Harvey Bostwick, and Charles Rieck, to recover $2,500 and interest on a promissory note alleged to have been made by defendants, composing the firm of Bostwick, Rieck & Co. From an order denying a motion to vacate a warrant of attachment, defendant Reichmann appeals. Affirmed.
Argued before VAN BRUNT, P. J., and FOLLETT, J.

A. W. Kent, for appellant.
Fromme Bros., for respondent.

PER CURIAM. The order appealed from should be affirmed, with $10 costs and disbursements, for the reasons stated in the opinion in the case of Bank v. Stebbins, 23 N. Y. Supp. 529, (decided herewith.)